IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02176-MSK-KLM

HECKLER & KOCH, INC.,

    Plaintiff,

v.

IRON RIDGE ARMS COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate Scheduling Conference Order Deadlines, and Answer Date Pending Settlement** [Docket No. 12; Filed October 28, 2009 (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for November 16, 2009 at 11:00 a.m. is **VACATED** and will be reset, if necessary, at a later date.

    IT IS FURTHER **ORDERED** that Defendant's answer deadline is **VACATED** and will be reset, if necessary, at a later date.

    IT IS FURTHER **ORDERED** that on or before November 16, 2009, the parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 or file a report informing the Court of the status of settlement discussions.

Dated: October 29, 2009